# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E1899665 | Spiegelhalter | S0585 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12/14/2025 0850

Offense Charged □ CFR □ USC ☒ State Code

NCGS 20-138.1

Place of Offense: ACP 10 (Honeycutt Gate) Honeycutt Rd.

Offense Description: Factual Basis for Charge — HAZMAT □

Impaired Driving - Blood Draw (Pending Result)

CIV

## DEFENDANT INFORMATION    Phone: ▉

| Last Name | First Name | M.I. |
|---|---|---|
| Langkilde | Herbert | Martin |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions.  — MC — | B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ___ Forfeiture Amount<br>+ $30 Processing Fee<br>$ ___ Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  ✱ Refuse to Sign

Original - CVB Copy

*E1899665*

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **14 December**, 20**25** while exercising my duties as a law enforcement officer in the **Eastern** District of **NC**

At 0729 hrs, 14 Dec 25, ACP Guard Benjamin while Conducting Access Control Operations at ACP 10 (Honeycutt Gate) Honeycutt Rd., inspected a Silver in color, 2018, mitsubishi outlander, NC PD-238K1 operated by Langkilde. Upon approach of the vehicle, Benjamin detected an odor of an alcoholic beverage emitting from Langkilde's Person. S-1 Spiegelhalter responded to the gate and upon approach of Langkilde's vehicle detected an odor of an alcoholic beverage emitting from Langkilde's Person. Standardized Field Sobriety Tests were refused multiple times, which warrantes further action. Langkilde was apprehended and transported to the Fort Bragg Law Enforcement Center where a Search Authorization for his blood was granted by MAJ Ulrich, on duty magistrate.

The foregoing statement is based upon:

[X] my personal observation  [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **12/14/2025**   _[signature]_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT.= Hazardous material involved in incident; PASS = 9 or more passenger vehicle;